UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00219

**Timothy D. Cooper,**
*Plaintiff,*

v.

**Unknown Robertson Transport Officer,**
*Defendant.*

### ORDER

 Plaintiff, an inmate of the Texas Department of Criminal Justice proceeding pro se, filed this action under 42 U.S.C. § 1983, alleging that his property was stolen. Doc. 1. The case was referred to a magistrate judge. The magistrate judge ordered plaintiff to file an amended complaint to correct several deficiencies in the original complaint. Doc. 3. After plaintiff failed to do so, the magistrate judge issued a report recommending that plaintiff's case be dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim. Doc. 5 at 4–5. Plaintiff received the report (Doc. 6) but did not file written objections.

 When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 26, 2025.*

J. CAMPBELL BARKER
United States District Judge